Emma B. SMITH *v.* STATE of Arkansas

RC 89-27                                                   771 S.W.2d 772

Supreme Court of Arkansas
Opinion delivered June 26, 1989

*James P. Clouette*, for appellant.

No objection.

PER CURIAM. Appellant Emma B. Smith, by her attorney, has filed for a rule on the clerk. The attorney, James P. Clouette, admits that the failure to file the record in time was due to fault on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.